# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY J. DEPOLO, | : | No. 733 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| BOARD OF SUPERVISORS OF | : | |
| TREDYFFRIN TOWNSHIP; AND | : | |
| MICHAEL C. HEABERG, KRISTEN K. | : | |
| MAYOCK, PAUL OLSON, EVELYN | : | |
| RICHTER, JOHN P. DIBUONAVENTURO, | : | |
| MARK FREED, AND MURPH WYSOCKI, | : | |
| IN THEIR CAPACITIES AS MEMBERS | : | |
| OF THE BOARD OF SUPERVISORS OF | : | |
| TREDYFFRIN TOWNSHIP AND | : | |
| TREDYFFIN TOWNSHIP ZONING | : | |
| HEARING BOARD OF APPEALS; AND | : | |
| ARNOLD BORISH, DANIEL | : | |
| MCLAUGHLIN AND NEILL KLING, IN | : | |
| THEIR CAPACITIES AS MEMBERS OF | : | |
| THE ZONING HEARING BOARD OF | : | |
| APPEALS OF TREDYFFRIN TOWNSHIP, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.